UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | **Chapter 13 Proceeding** |
| Eugene Pope ) | Case No.  06-61518 |
| ) | |
| **Debtors** ) | |

**NOTICE FOR DEPOSIT OF FUNDS**
**INTO U. S. TREASURY FUND106000**

      Comes now Paul R. Chael, Standing Chapter 13 Trustee, and moves the Court to allow Trustee to deposit the amount of $9.74 into U. S. Treasury Fund 106000 for the following reasons:

1. That the debtors herein filed a Petition for Relief under Chapter 13 of the U.S. Bankruptcy Code.
2. That creditor St. Mary Medical Center filed a proof of claim on August 25, 2006.
3. That your Trustee attempted to make payment on said claim in the amount of $9.74 in April 2011 and said payment remains uncashed.

      WHEREFORE, Paul R. Chael, Standing Chapter 13 Trustee, prays this Court to deposit $9.74 into U.S. Treasury Fund 106000 on behalf of creditor St. Mary Medical Center whose last know address was Patient Accounts, PO Box 3603, Munster IN 46321.

/s/ Paul R. Chael
Paul R. Chael, Trustee
401 W. 84th Drive, Suite C
Merrillville, IN 46410
(219) 650-4015

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 7, 2011 service of a true and complete copy of the above and foregoing pleading or document was made electronically upon the U.S. Trustee and the debtor by U.S. Mail as set forth below.

/s/ Paul R. Chael
Paul R. Chael, Trustee
Indiana Attorney #3881-45

Distribution:

Eugene Pope, 7607 Chase St., Merrillville, IN 46410